IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01195-AP

LESLIE A. POLLARD,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

---

JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

1.     APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

| For Plaintiff: | For Defendant: |
|---|---|
| James E. Freemyer | John F. Walsh |
| Attorney for Plaintiff | United States Attorney |
| 1575 Race Street | |
| Denver, Colorado 80206 | Kevin T. Traskos |
| (303) 861-0868 | Deputy Civil Chief |
| jamesfreemyer@msn.com | United States Attorney's Office |
| | District of Colorado |
| | |
| | William G. Pharo |
| | Assistant United States Attorney |
| | United States Attorney's Office |
| | District of Colorado |
| | |
| | Michael Howard |
| | Special Assistant United States Attorney |
| | Office of the General Counsel |
| | Social Security Administration |
| | 1001 17th St. |
| | Denver, Colorado 80202 |
| | (303) 844-7192 |
| | Michael.howard@ssa.gov |

2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

3. DATES OF FILING OF RELEVANT PLEADINGS

A. Date Complaint was filed: May 8, 2012

B. Date Complaint was served on U.S. Attorney's Office: May 18, 2012

C. Date Answer and Administrative Record were filed: July 17, 2012

4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The parties, to the best of their knowledge, state that the administrative record is complete and accurate. Notwithstanding, the parties would reserve objections regarding the adequacy of the record for the parties' respective briefs on the merits of the case.

5. STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties do not intend to submit additional evidence.

6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

7. OTHER MATTERS

The parties have no other matters to bring to the attention of the Court.

8. BRIEFING SCHEDULE

The parties respectfully request the following briefing schedule:

A. Plaintiff's opening brief due: **September 17, 2012**

B. Defendant's response brief due: **October 17, 2012**

   C. Plaintiff's reply brief (if any) due: **November 1, 2012**

9. STATEMENTS REGARDING ORAL ARGUMENT

 Neither party requests oral argument.

10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

 Not all parties consent to the exercise of jurisdiction of a United States Magistrate Judge.

11. OTHER MATTERS

 THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C. COLO.L.CivR. 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON ALL ATTORNEYS OF RECORD AND ALL *PRO SE* PARTIES.

12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

 The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

 DATED this 6th day of August, 2012.

              BY THE COURT:


              *s/John L. Kane*
              U.S. DISTRICT COURT JUDGE

APPROVED:

s/ James E. Freemyer
James E. Freemyer
Attorney for Plaintiff
1575 Race Street
Denver, Colorado 80206
(303) 861-0868
jamesfreemyer@msn.com

John F. Walsh
United States Attorney

Kevin T. Traskos
Deputy Civil Chief
United States Attorney's Office
District of Colorado

William G. Pharo
United States Attorney's Office
District of Colorado

/s/ Michael S. Howard
Michael S. Howard
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1001 17th St.
Denver, Colorado 80202
(303) 844-7192
Michael.howard@ssa.gov

Attorneys for Defendant

4

## **CERTIFICATE OF SERVICE**

  I hereby certify that on August 6, 2012, I electronically filed the foregoing "Joint Case Management Plan for Social Security Cases" with the with the Clerk of Court using the CM/ECMF system which will send notification of such filing to the following e-mail address(es):

  jamesfreemyer@msn.com
  usa-co-civil_ecf@usdoj.gov

            /s/ Michael S. Howard
            Office of the General Counsel
            Social Security Administration