IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **12-cv-1195-AP**

**LESLIE A. POLLARD,**

   Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

   Defendant.

## ORDER OF DISMISSAL

Kane, J.

  Upon consideration of the Stipulated Motion to Voluntarily Dismiss (doc. #12), filed September 6, 2012, it is

  **ORDERED** that the Motion is **GRANTED**.  This case is **DISMISSED WITH PREJUDICE**, the parties to bear their own costs and attorney fees.

  Dated:  September 6, 2012

            BY THE COURT:

            *S/John L. Kane*
            JOHN L. KANE, SENIOR JUDGE
            UNITED STATES DISTRICT COURT